TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
EMMA C. O'ROURKE-FRIEL, WSBA 58052
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-965-6174
Emma.c.orourke-friel@ssa.gov
Attorneys for Defendant

Attorneys for Defendant

**JS - 6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PEDRO GUERRERO FUENTES,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | No. 2:26-cv-03608-AYP<br><br>~~[PROPOSED]~~ JUDGMENT OF REMAND |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on September 22, 2026.

DATED: September 22, 2026

HONORABLE ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE